In the Matter of the Probate of the Will of CHARLES L. CURRAN, Deceased. MORTON H. SAVELL, as Executor of CHARLES L. CURRAN, Deceased, Appellant; MURIEL E. CURRAN et al., Respondents,—

544

No opinion. The executor's time to answer the petition is extended until 20 days after entry of the order hereon. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.